UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**KEITH BYRD,**

    **Plaintiff,**

v.                                                                                                            Case No.  3:25-cv-785-TKW-ZCB

**T. DUDLEY, et al.,**

    **Defendant.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 11) and Plaintiff's response (Doc. 12).  The response states that "Plaintiff agrees with the magistrate judge's decision."  The Court does as well.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's Eighth Amendment claims against Defendants J. Smith, M. Morgan, and T. Dudley are DISMISSED for failure to state a claim upon which relief may be granted under 28 U.S.C. §1915(e)(2)(B)(ii).  The Clerk shall terminate those defendants in CM/ECF.

3. This case is returned to the magistrate judge for further proceedings on Plaintiff's Eighth Amendment excessive force and failure to protect claims against Defendants Officer Cruz and Sgt. Barret.

**DONE AND ORDERED** this 23rd day of February, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**